| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | WALTER J. ROBINSON  #40632 |
| 2 | LAWRENCE L. HOENIG # 68337 |
| | 2475 Hanover Street |
| 3 | Palo Alto, California  94304 |
| | Telephone: (650) 233-4500 |
| 4 | Facsimile: (650) 233-4545 |
| | Email: walter.robinson@pillsburylaw.com |
| 5 | lhoenig@pillsburylaw.com |
| 6 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | BRUCE A. ERICSON  #76342 |
| 7 | ANDREW D. LANPHERE  #191479 |
| | C.J. MARTIN  #228630 |
| 8 | 50 Fremont Street |
| | Post Office Box 7880 |
| 9 | San Francisco, CA  94120-7880 |
| | Telephone: (415) 983-1000 |
| 10 | Facsimile: (415) 983-1200 |
| | Email: bruce.ericson@pillsburylaw.com |
| 11 | andrew.lanphere@pillsburylaw.com |
| | cj.martin@pillsburylaw.com |
| 12 | |
| | Attorneys for Nominal Defendant |
| 13 | MARVELL TECHNOLOGY GROUP, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 17 | | Case No. C-07-0892-BZ |
| 18 | ALFRED E. RONCONI, Derivatively on behalf of MARVELL TECHNOLOGY GROUP LTD., | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO DERIVATIVE COMPLAINT** |
| 19 | | |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | SEHAT SUTARDJA, et al. | |
| 23 | Defendants, | |
| | -- and -- | |
| 24 | | |
| 25 | MARVELL TECHNOLOGY GROUP, LTD., | |
| 26 | Nominal Defendant. | |

Stipulation and [Proposed] Order.DOC — - 1 - — Stipulation and [Proposed] Order Regarding Defendants' Response to Derivative Complaint
Case No. C-07-0892-BZ

|   |   |
|---|---|
| 1 | **RECITALS** |

2  WHEREAS, plaintiff filed this derivative action on February 12, 2007;

3  WHEREAS, on February 22, 2007, nominal defendant Marvell Technology Group,
4  Ltd. ("Marvell") filed a Notice of Filing of Case that Should Be Consolidated with *In re*
5  *Marvell Technology Group Ltd.* [Dkt. 5], in which Marvell noted that this action concerns
6  the same allegations and claims as those made in *In re Marvell Technology Group Ltd.*
7  *Derivative Litigation*, Master File No. C-06-03894-RMW(RS), and, accordingly, should be
8  consolidated with *In re Marvell Technology Group Ltd. Derivative Litigation*;

9  WHEREAS, on February 22, 2007, plaintiff filed a Notice of Opposition to
10 Marvell's Notice of Filing of Case that Should Be Consolidated with In re Marvell
11 Technology Group Ltd. Derivative Litigation [Dkt. 6], in which plaintiff stated that he
12 intends to file a motion resisting consolidation of this action with *In re Marvell Technology*
13 *Group Ltd. Derivative Litigation*; and

14 WHEREAS, the undersigned counsel agree that the interests of justice and judicial
15 economy would be served by an order continuing the date by which the defendants must
16 respond to the complaint filed in this action until after the Court has decided whether this
17 action will be consolidated with *In re Marvell Technology Group Ltd. Derivative Litigation*.

18 **STIPULATION**

19 NOW THEREFORE, the undersigned parties hereby stipulate that each defendant
20 shall not be required to respond to the complaint filed in this action until 45 days after the
21 Court decides whether this action will be consolidated with *In re Marvell Technology*
22 *Group Ltd. Derivative Litigation*, or 45 days after the defendant is served with the
23 complaint filed in this action, whichever is later.

24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: March 8, 2007 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | | RICHARD M. HEIMANN |
| | | JOY A. KRUSE |
| 3 | | BRUCE W. LEPPLA |
| | | 275 Battery Street, 30th Floor |
| 4 | | San Francisco, CA 94111-3339 |
| 5 | | GREENFIELD & GOODMAN, LLC |
| | | RICHARD D. GREENFIELD |
| 6 | | 7426 Tour Drive |
| | | Easton, MD 21601 |
| 7 | | |
| 8 | | By   [Concurrence obtained per Gen. Order 45] |
| | | Joy A. Kruse |
| 9 | | |
| | | Attorneys for Plaintiffs |
| 10 | | |

11   I, Andrew Lanphere, am the ECF user whose ID and password are being used to file

12 this STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS'

13 RESPONSE TO COMPLAINT. In compliance with General Order 45, X.B., I hereby

14 attest that plaintiffs' counsel Joy A. Kruse has concurred in this filing.

| | | |
|---|---|---|
| 15 | Dated: March 8, 2007 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | | WALTER J. ROBINSON |
| 16 | | 2475 Hanover Street |
| | | Palo Alto, California 94304 |
| 17 | | |
| | | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 18 | | BRUCE A. ERICSON |
| | | ANDREW D. LANPHERE |
| 19 | | C.J. MARTIN |
| | | 50 Fremont Street |
| 20 | | Post Office Box 7880 |
| | | San Francisco, CA 94120-7880 |
| 21 | | |
| | | By /s/ Andrew D. Lanphere |
| 22 | | Andrew D. Lanphere |
| 23 | | Attorneys for Defendant |
| | | MARVELL TECHNOLOGY GROUP, LTD |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the foregoing stipulation, and good cause appearing, |
| 3 | IT IS HEREBY ORDERED that each defendant shall not be required to respond |
| 4 | to the complaint filed in this action until 45 days after the Court decides whether this |
| 5 | action will be consolidated with *In re Marvell Technology Group Ltd. Derivative* |
| 6 | *Litigation*, or 45 days after the defendant is served with the complaint filed in this action, |
| 7 | whichever is later. |
| 8 | IT IS SO ORDERED. |
| 9 | Dated: March 12, 2007. |
| 10 | |
| 11 | _____ |
| 12 | Magistrate United States ~~District~~ Judge, Bernard Zimmerman |
| 13 | |